# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff              )    CRIMINAL NO. _O8mj 1020_
                                   )
                                   )         ORDER
        vs.                        )
                                   )    RELEASING MATERIAL WITNESS
_Andres Maria-Jimenez_             )
                                   )
                                   )    Booking No.
            Defendant(s)           )
_____)

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: ((Bond Posted / Case Disposed / Order of Court).

_Rutilo Gomez-Garcia_

DATED: ___4/17/08___

RUBEN B. BROOKS

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

                              W. SAMUEL HAMRICK, JR.    Clerk

                                   by
                                              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082