```
 1  CAROLYN L. OLIVER
    California Bar No. 144750
 2  LAW OFFICES OF CAROLYN L. OLIVER
    7825 Fay Avenue, Suite 200
 3  La Jolla, CA 92037
    Telephone: (858) 456-3572
 4  Facsimile:  (858) 536-5903

 5  Attorney for Defendant ANDRES MONROY-JIMENEZ
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. M. JAMES LORENZ)

| UNITED STATES OF AMERICA, | ) | Case No.  08-CR-1381-L |
|---|---|---|
| Plaintiff, | ) | **JOINT STIPULATION TO CONTINUE DISPOSITION HEARING** |
| v. | ) | |
| ANDRES MONROY-JIMENEZ, | ) | Date:    May 27, 2008 |
| Defendant. | ) | Time:    2:00 p.m. |

The parties, defendant ANDRES MONROY-JIMENEZ, through his attorney, Carolyn L. Oliver, and Caleb Mason, Assistant U.S. Attorney, move to continue the disposition hearing in the above-captioned case from May 27, 2008 at 2:00 p.m., to June 9, 2008, at 2:00 p.m.

Dated: May 23, 2008          *s/*Carolyn Oliver
                             CAROLYN L. OLIVER
                             Attorney for Defendant
                             ANDRES MONROY-JIMENEZ
                             coliver1@san.rr.com

Dated: May 23, 2008          *s/*Caleb Mason
                             CALEB MASON
                             Assistant U.S. Attorney
                             caleb.mason@usdoj.gov

1:\Oliver\Monroy-Jimenez.stip.wpd

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

**JOINT STIPULATION TO CONTINUE DISPOSITION HEARING**

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE 08-CR-1381-L**

1.  **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

CALEB.MASON          caleb.mason@usdoj.gov

Date: May 23, 2008          /s/ Carolyn Oliver
                            CAROLYN L. OLIVER
                            Attorney for Defendant
                            ANDRES MONROY-JIMENEZ
                            7825 Fay Avenue, Suite 200
                            La Jolla, CA 92037
                            Telephone: (858) 456-3572
                            Facsimile: (858) 536-5903
                            coliver1@san.rr.com