# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-1381-L |
| Plaintiff, ) | **ORDER CONTINUING** |
| v. ) | **DISPOSITION HEARING** |
| ANDRES MONROY-JIMENEZ, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the disposition hearing in the above-captioned case is continued from May 27, 2008 at 2:00 p.m. to June 9, 2008, at 2:00 p.m.

IT IS SO ORDERED.

DATED: May 27, 2008

_____
M. James Lorenz
United States District Court Judge