| | |
|---|---|
| 1 | CAROLYN L. OLIVER |
| | California Bar No. 144750 |
| 2 | LAW OFFICES OF CAROLYN L. OLIVER |
| | 7825 Fay Avenue, Suite 200 |
| 3 | La Jolla, CA 92037 |
| | Telephone: (858) 456-3572 |
| 4 | Facsimile:  (858) 536-5903 |

Attorney for Defendant ANDRES MONROY-JIMENEZ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08-CR-1381-L |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION TO** |
| v. | ) | **CONTINUE SENTENCING** |
| | ) | **HEARING** |
| | ) | |
| ANDRES MONROY-JIMENEZ, | ) | Date:    September 8, 2008 |
| | ) | Time:    8:30 a.m. |
| Defendant. | ) | |
| | ) | |

The parties, defendant ANDRES MONROY-JIMENEZ, through his attorney, Carolyn L. Oliver, and David Katz, Assistant U.S. Attorney, move to continue the sentencing hearing in the above-captioned case from September 8, 2008, at 8:30 a.m., to September 22, 2008, at 8:30 a.m.

Dated: September 2, 2008     *s/*Carolyn Oliver
                             CAROLYN L. OLIVER
                             Attorney for Defendant
                             ANDRES MONROY-JIMENEZ
                             coliver1@san.rr.com


Dated: September 2, 2008     *s/*David Katz
                             DAVID KATZ
                             Assistant U.S. Attorney
                             david.katz@usdoj.gov

1:\Oliver\Monroy-Jimenez.stip-2wpd.wpd

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

**JOINT STIPULATION TO CONTINUE SENTENCING HEARING**

is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE 08-CR-1381-L**

1.   **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

DAVID KATZ            david.katz@usdoj.gov

Date: September 2, 2008        /s/ Carolyn Oliver
                               CAROLYN L. OLIVER
                               Attorney for Defendant
                               ANDRES MONROY-JIMENEZ
                               7825 Fay Avenue, Suite 200
                               La Jolla, CA 92037
                               Telephone: (858) 456-3572
                               Facsimile:  (858) 536-5903
                               coliver1@san.rr.com