1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1381-L |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| v. | ) | **SENTENCING** |
| | ) | |
| ANDRES MONROY-JIMENEZ, | ) | Judge:   M. James Lorenz |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned case is continued from September 8, 2008 at 8:30 a.m. to September 22, 2008, at 8:30 a.m.

IT IS SO ORDERED.

DATED: September 2, 2008

_____
M. James Lorenz
United States District Court Judge